IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PING FANG,

    Plaintiff,

v.

K/P CORPORATION,

    Defendant.
                                                   /

No. C 05-01944 CRB

**ORDER**

    Plaintiff has requested an extension of time to respond to Magistrate Judge James Larson's Report and Recommendation of January 24, 2006, and also to continue looking for an attorney who speaks Mandarin. This is now plaintiff's third request for an extension of time. The Court hereby GRANTS plaintiff's request and ORDERS plaintiff to file any objections to the Report and Recommendation by May 1, 2006. This is the last extension of time plaintiff will receive.

    **IT IS SO ORDERED.**

Dated: February 13, 2006

                                                   CHARLES R. BREYER
                                                 UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1944\order re extension.wpd