IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PING FANG,

    Plaintiff,

    v.

K/P CORPORATION,

    Defendant.

No. C 05-01944 CRB

**ORDER OF DISMISSAL**

On February 13, 2006, the Court granted plaintiff's request for an extension of time to object or otherwise respond to Chief Magistrate Judge James Larson's Report and Recommendation of January 24, 2006, in order to provide more time to find a mandarin-speaking attorney. Plaintiff was informed that the final date by which she may object to the R&R was May 1, 2006, and that there would be no more extensions of time. Plaintiff did not submit an objection by that date nor did she file an amended complaint, as permitted by Judge Larson. Accordingly, the Court adopts Judge Larson's R&R in full and hereby DENIES with prejudice plaintiff's application to proceed in forma pauperis.

//
//
//
//

1 | This action is further DISMISSED for failure to prosecute pursuant to Rule 41(b) of
2 | the Federal Rules of Civil Procedure.
3 | **IT IS SO ORDERED.**

Dated: May 2, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California